UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD BURGO #197078 | CIVIL NO. 6:16-0010 |
| VS. | SECTION P |
| WARDEN JAMES D. CALDWELL | JUDGE WALTER |
| | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* relief be **DENIED AND DISMISSED WITHOUT PREJUDICE** because petitioner failed to fully and properly exhaust available State court remedies prior to filing his petition.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 22 day of March, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE